JS-6

```
MARK R. NIVINSKUS, State Bar No. 195335
NIVINSKUS LAW GROUP, A LAW CORPORATION
134 W. Wilshire Ave.
Fullerton, California 92832
Telephone: (714) 533-8110
Facsimile: (714) 533-8828
Our File No.: 21000498
```

Attorneys for Plaintiff, GORM, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GORM, INC. | ) CASE NO. 5:21-cv-00293-JWH-KK |
| Plaintiff, | ) **CONSENT JUDGMENT** |
| vs. | ) |
| NATURAL SOLUTION COMPANY INTERNATIONAL, INC.; BJORN CHAY and DOES 1 to 20, Inclusive, | ) |
| Defendants. | ) |

WHEREAS, Plaintiff GORM, Inc., through their attorney, filed their complaint on February 22, 2021, alleging that Defendant Natural Solution Company International, Inc. ("Defendant") owed damages as a result of a breach of contract;

WHEREAS, the parties have agreed to resolve their claims without the need for litigation;

WHEREAS, Defendant, by its Chief Executive Officer Bjorn Chay, has consented to entry of this Consent Judgment without trial or adjudication of any issue of fact or law and to waive any appeal if the Consent Judgment is entered as submitted

by the parties;

WHEREAS, Defendant, by entering into this Consent Judgment, does not admit any allegations in the complaint;

NOW THEREFORE, without trial or adjudication of issues of fact or law, without this Consent Judgment constituting evidence against Defendant except as otherwise noted, and upon consent of Defendant, the Court finds that there is good and sufficient cause to enter this Consent Judgment, and that it is therefore ORDERED, ADJUDGED, AND DECREED:

## I. JURISDICTION

The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1332 and over Defendant. The Complaint states a claim upon which relief may be granted against Defendant and venue is appropriate in this District.

## II. FINANCIAL TERMS

Judgment shall be entered in favor of Plaintiff and against Defendant in the amount of $290,000.00. Defendant shall pay or cause to be paid $290,000.00 to Plaintiff as follows:

1. Defendant shall pay $25,000.00 at the time of execution of this Stipulation.
2. Defendant shall pay another $25,000.00 within 14 days of execution of this Stipulation.
3. Defendant shall pay the balance of $240,000.00 within sixty (60) days of execution of this Stipulation.

Plaintiff shall take no steps to execute on the Judgment so long as Defendant makes the scheduled payments pursuant to this Stipulation.

This Court retains jurisdiction for the duration of this Consent Judgment to enforce its terms. The parties may jointly seek to modify the terms of this Consent Judgment, subject to the approval of this Court. This Consent Judgment may be modified only by order of this Court.

SO ORDERED this 18th day of March, 2021

_____
HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

For Plaintiff, GORM, INC.:

DATED: March 12, 2021                    NIVINSKUS LAW GROUP

                                                  By: _____/s/_____
                                                      MARK R. NIVINSKUS
                                                      Attorneys for Plaintiff,
                                                      GORM, INC.

For Defendant, Natural Solution Company International, Inc.:

DATED: March 12, 2021

                                                  By:_____/s/_____
                                                    BJORN CHAY
                                                    Chief Executive Officer